McGREGOR W. SCOTT
United States Attorney

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 202-307-6648

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID L. SUECHTING, JR.;<br>DEBORAH L. LANDGREBE;<br>JACQUELINE SUECHTING;<br>BARBARA J. SUECHTING as an<br>individual and as TRUSTEE OF THE<br>BARBARA J. SUECHTING FAMILY<br>TRUST;  CHEVY CHASE BANK;<br>LLOYD A. WAGNER; McDONOUGH,<br>HOLLAND & ALLEN; SACRAMENTO<br>COUNTY DEPARTMENT OF<br>CHILD SUPPORT SERVICES;<br><br>Defendants. | Civil No. 05-CV-00160 GEB DAD<br><br>**(1) STIPULATION FOR ENTRY OF JUDGMENT,**<br>**(2) JUDGMENT IN A CIVIL CASE,** and<br>**(3) ORDER** |

It is hereby stipulated and agreed by all parties that final judgment may be entered as follows:

**JUDGMENT IN A CIVIL CASE**

1. Judgment is entered in favor of the United States and against David L. Suechting, Jr., in the amount of $650,000.00, plus interest accruing after August 15, 2005, pursuant to 26 U.S.C. § 6601, 6621, and 6622, and 28 U.S.C. § 1961(c) until paid, for his personal liability for the unpaid federal estate tax liability of the Estate of David L. Suechting, assessed on March 24, 1997, and February 15, 1999.

1  2. The claims against Barbara J. Suechting, and the claims against Barbara J. Suechting as trustee of the Barbara J. Suechting Family Trust, set forth in the Amended Complaint filed in this action by the United States are hereby dismissed with prejudice.

3. The claims against Deborah L. Landgrebe set forth in the Amended Complaint filed in this action by the United States are hereby dismissed with prejudice.

4. The remaining defendants were named as parties solely due to their claims to the real property at issue in this case, which is a 40-acre ranch located at 9001 Lost Horizon Road, Shingle Springs, in El Dorado County, California (hereinafter "the ranch"), with a legal description as follows:

> All that portion of the West half of Section 26 and the East half of Section 27, Township 8 North, Range 9 East, MDB&M, described as follows:
>
> BEGINNING at a point from which a 3/4 inch CIP bears South 36° 07' 58" West 50.00 feet and from which the Northeast corner of said Section 27 bears North 27° 43' 03" East 621.71 feet; thence from said point of beginning South 24° 19' 00" East 99.92 feet, South 62° 26' 00" East 142.0 feet, South 36° 16' 00" East 159.50 feet, South 54° 58' 00" East 86.50 feet, South 31° 01' 00" East 382.50 feet, South 44° 07' 00" East 100.00 feet, South 39° 54' 00" East 257.00 feet, South 02° 53' 00" East 55.50 feet, South 32° 25' 00" East 99.0 feet, South 08° 34' 00" East 47.0 feet, South 31° 19' 00" East 110.50 feet, South 25° 09' 00" West 65.50 feet, South 41° 16' 00" East 68.0 feet, South 03° 40' 00" East 42.0 feet, South 44° 39' 00" East 160.00 feet, South 30° 00' 00" East 60.0 feet, South 01° 03' 00" East 156.60 feet to a point from which 3/4 inch CIP stamped "R.C.E. 29667-1981" bears North 72° 30' 00" East 50.00 feet, thence continuing South 38° 57' 00" East 210.50 feet to a point in the centerline of the Cosumnes River, thence along said centerline South 56° 09' 00" West 132.50 feet, South 26° 06' 00" West 35.00 feet, South 66° 51' 00" West 307.00 feet and South 54° 50' 00" West 223.82 feet; thence leaving said centerline North 54° 38' 32" West 65.70 feet to a 3/4 inch CIP stamped "R.C.E. 29677-1983" set in a rock outcropping, thence continuing North 54° 38' 32" West 342.25 feet to a similar pipe, thence North 28° 05' 37" West 1514.84 feet to a similar pipe, thence North 36° 07' 58" East 795.95 feet to the point of beginning.
>
> Being Tract 1 as shown on the certain map filed in the office of the County Recorder, County of El Dorado, on March 10, 1983 in Book 11 of Records of Survey at page 106.
>
> EXCEPTING THEREFROM all that portion of this property that may lie within the boundaries of Amador County.
>
> Assessor's Parcel No: 087-060-23

5. Jacqueline Suechting, wife of David L. Suechting, Jr., agrees that title to the ranch is hereby deemed to be in David L. Suechting, Jr. and that this Judgment may be

- 2 -

1  immediately enforced by a judicial sale of the ranch.  Jacqueline Suechting waives any claim
2  to the sale proceeds of the ranch, unless and until this Judgment is fully paid from the
3  proceeds of sale or otherwise.

4      6.      The federal judgment lien shall be enforced and the subject property sold
5  pursuant to 28 U.S.C. § 2001.  The United States shall separately submit a proposed Order of
6  Judicial Sale.  The initial minimum bid shall be no less than $1.8 million.

7      7.      After the sale is confirmed by this Court, the Internal Revenue Service shall
8  distribute the amount paid by the purchaser as follows:

      a.      First, to all taxes unpaid and matured that are owed to El Dorado County for real property taxes on the property;

      b.      Second, to Chevy Chase Bank in an amount according to proof to satisfy the balance owing on the note secured by the first deed of trust recorded November 18, 2002, to secure repayment of the stated amount of $1,040,000, including accrued legal fees, foreclosure costs, interest and other charges authorized by the note and deed of trust;

      c.      Third, in an amount according to proof to satisfy the balance owing on the note secured by the deed of trust recorded December 11, 2003, against the ranch in the stated amount of $300,000; including accrued legal fees, foreclosure costs, interest and other charges authorized by the note and deed of trust, to the beneficiaries pro rata as follows: (1) one-third to Lloyd A. Wagner or Janet E. Wagner, Co-Trustees UTA dated 2/12/86; (2) one-third to Everett Shaw and Margaret Shaw, husband and wife, as joint tenants; (3) one-sixth to Roxine P Kolbuke, Trustee, UDT date 9/23/82; (4) and one-sixth to Charles R. Haggett, a married man, as his sole and separate property.

      d.      Fourth, the Internal Revenue Service shall retain an amount sufficient to cover the expenses of the sale, including the cost of advertising;

      e.      Fifth, to McDonough, Holland & Allen in an amount according to proof to satisfy their lien recorded April 15, 2004, against the ranch, in the stated amount of $44,817.

      f.      Sixth, to the Sacramento County Department of Child Support Services in an amount according to proof to satisfy the judgment for child support and alimony, if any.

      g.      Seventh, to the United States of America, up to a maximum amount of $650,000, to satisfy in full or in part this Judgment and to be applied to the estate tax liability of the Estate of David L. Suechting.  Any unpaid balance of the Judgment shall remain due and owing by David L. Suechting, Jr.

      h.      Eighth, to David L. Suechting, Jr. and Jacqueline Suechting to the extent of any residual proceeds of sale.

8. The parties are to bear their respective costs, including any possible attorney's fees or other expenses of this litigation, except to the extent that such fees and costs become part of the lien in the notes and deeds of trust described above.

The parties by undersigned counsel request an order directing entry of the judgment set forth above in paragraphs 1 through 8. This judgment is final and resolves all claims in this case.

McGREGOR W. SCOTT
United States Attorney

Dated: September 26, 2005      /s/ G. Patrick Jennings
G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
Telephone:  (202) 307-6648

| | |
|---|---|
| Dated: September 26, 2005 | /s/ James Clarke (as authorized on 9/21/2005)<br>JAMES CLARKE<br>McDonough, Holland & Allen<br>(916) 444-3900<br>Attorneys for David L. Suechting, Jr. and Jacqueline Suechting |
| Dated: September 26, 2005 | /s/ Cyril L. Lawrence (as authorized on 9/23/2005)<br>CYRIL L. LAWRENCE<br>Cyril Lawrence, Inc.<br>(209) 383-6854<br>Attorneys for Deborah L. Landgrebe and Barbara J. Suechting (as individual and Trustee) |
| Dated: September 26, 2005 | /s/ Sharon Collier (as authorized on 9/23/2005)<br>SHARON COLLIER<br>Archer Norris<br>(925) 930-6600<br>Attorneys for Chevy Chase Bank |
| Dated: September 26, 2005 | /s/ James Graves (as authorized on 9/22/2005)<br>JAMES GRAVES<br>Principal Attorney<br>Department of Child Support Services |
| Dated: September 26, 2005 | /s/ Lee Bardellini (as authorized on 9/19/2005)<br>LEE BARDELLINI<br>(925) 277-3580<br>Attorneys for Lloyd A. Wagner and others as set forth above in ¶ 7(c). |

**IT IS SO ORDERED.**

DATED:   September 29, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

**JUDGMENT ENTERED**

| | |
|---|---|
| Dated:     September 29, 2005 | /s/ K. Carlos<br>Clerk of Court |

- 5 -

1308846.1