McGREGOR W. SCOTT
United States Attorney

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 202-307-6648

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) Civil No. 05-CV-00160 GEB DAD |
| | ) |
| v. | ) **STIPULATION AND REQUEST FOR ENTRY** |
| | ) **OF ORDER AMENDING ORDER OF** |
| DAVID L. SUECHTING, JR.; | ) **JUDICIAL SALE and** |
| DEBORAH L. LANDGREBE; | ) **ORDER** |
| JACQUELINE SUECHTING; | ) |
| BARBARA J. SUECHTING as an | ) |
| individual and as TRUSTEE OF THE | ) |
| BARBARA J. SUECHTING FAMILY | ) |
| TRUST;  CHEVY CHASE BANK; | ) |
| LLOYD A. WAGNER; McDONOUGH, | ) |
| HOLLAND & ALLEN; SACRAMENTO | ) |
| COUNTY DEPARTMENT OF | ) |
| CHILD SUPPORT SERVICES; | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

It is hereby stipulated, agreed, and requested by all parties that an order may be entered as follows:

### AMENDMENT TO ORDER OF JUDICIAL SALE

A final Judgment in a Civil Case was entered by this Court in the above-entitled action on September 29, 2005. In order to enforce collection of the Judgment the Court entered an Order of Judicial Sale on September 30, 2005.   The initial Order required the sale to be held

- 1 -                    Stip and Order to Amend

no later than October 25, 2005.  This did not allow sufficient time to advertise the property as required by statute.  Wherefore,

**IT IS ORDERED THAT** the Order of Judicial Sale dated September 30, 2005, is amended to permit a judicial sale on or before November 30, 2005.   This time limit may be extended by agreement of all affected parties with no further order of the Court required.  All other terms of the original Order remain in effect.


The parties by undersigned counsel request entry of the Order as set forth above.

McGREGOR W. SCOTT
United States Attorney

Dated: November 1, 2005          /s/ G. Patrick Jennings
                                 G. PATRICK JENNINGS
                                 Trial Attorney, Tax Division
                                 U.S. Department of Justice
                                 Telephone:  (202) 307-6648


Dated:  October 25, 2005         /s/ James Clarke (as authorized on 10/25/2005)
                                 JAMES CLARKE
                                 McDonough, Holland & Allen
                                 (916) 444-3900
                                 Attorneys for David L. Suechting, Jr.  and Jacqueline
                                 Suechting


Dated:  October 31, 2005         /s/ Sharon Collier (as authorized on 10/31/2005)
                                 SHARON COLLIER
                                 Archer Norris
                                 (925) 930-6600
                                 Attorneys for Chevy Chase Bank


Dated:  October 28, 2005         /s/ James Graves (as authorized on 10/28/2005)
                                 JAMES GRAVES
                                 Principal Attorney
                                 Department of Child Support Services

Dated:  October 25, 2005

/s/ Lee Bardellini (as authorized on 10/25/2005)
LEE BARDELLINI
(925) 277-3580
Attorneys for Lloyd A. Wagner and others


**IT IS SO ORDERED**.

DATED:  November 1, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge